IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LLOYD WHITE, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00530-ESC |
| vs. | § § | |
| STERLING FOODS, | § § § | |
| *Defendant.* | § | |

### **ORDER**

Before the Court is the above-styled cause of action. On this day, the Court held an initial pretrial conference at which Plaintiff, proceeding *pro se*, and Defendant's counsel were present. At the conference, the Court reviewed with Plaintiff the resources available to him as a *pro se* litigant in federal court. The Court also explained to Plaintiff that he is not to file discovery requests or responses with the Court but rather serve them directly on Defendant's counsel. The parties agreed to serve discovery requests and responses on one another by e-mail, and Plaintiff confirmed his e-mail address in open court on the record. The parties further agreed to respond within 48 hours of receipt of any discovery request to acknowledge receipt.

**IT IS THEREFORE ORDERED** that the parties must serve discovery requests and responses via e-mail.

**IT IS FURTHER ORDERED** that when party receives a discovery request or correspondence regarding discovery via email, the party should acknowledge receipt, by replying to the email, within 48 hours.

1

**IT IS FINALLY ORDERED** that the Clerk send a copy of the Pro Se Manual (available on the Court's website: https://www.txwd.uscourts.gov/filing-without-an-attorney/) to Plaintiff along with a copy of this Order.

**IT IS SO ORDERED.**

SIGNED this 4th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE