IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LLOYD WHITE, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00530-ESC |
| vs. | § § § | |
| STERLING FOODS, | § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the above-styled cause of action. On this day, the parties appeared telephonically for a status conference on various pending discovery motions. At the close of the hearing, the Court informed the parties that it intends to appoint Plaintiff an attorney to represent him in this case. In light of this intent to provide Plaintiff with counsel, the Court will dismiss Plaintiff's three pending discovery motions such that Plaintiff's new counsel may facilitate the discovery process on his behalf. Until counsel is appointed, neither party is permitted to file any discovery motions with the Court. The Court will appoint counsel by separate order.

**IT IS THEREFORE ORDERED** that Plaintiff's *pro se* discovery motions [#62, #65, #72] are **DISMISSED**.

**IT IS FURTHER ORDERED** that neither party file any discovery motions until the Court has appointed counsel for Plaintiff.

SIGNED this 22nd day of May, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE