IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LLOYD WHITE, | § § | |
| *Plaintiff,* | § § | SA-19-CV-00530-ESC |
| vs. | § § § | |
| STERLING FOODS, MRS. TERESA LNU, ADMINISTRATOR; JAVIER PATTON, DR. NICK LNU, HR DIRECTOR; JUANITA GARZA, IRMA GARZA, | § § § § § § § | |
| *Defendants.* | § | |

## **ORDER**

Before the Court is the above-styled cause of action, which is currently abated due to Plaintiff's fracture of his right hand. Plaintiff is proceeding *pro se* in this matter and, he informed that Court that he is unable to write or prepare a response to the pending motion for summary judgment due to the fracture. Therefore, the Court stayed this case on February 1, 2021, and ordered Plaintiff to file an advisory when he is again able to use his right hand for writing. The Court has not yet received an update from Plaintiff. To avoid unnecessary delay in the case and to ensure the pending motion is timely resolved, the Court now directs Plaintiff to file an advisory that explains: (1) the date by which his doctor expects that he will be able to again use his hand for writing, and (2) confirming that Plaintiff intends to submit a response to the pending dispositive motion. Depending on the status of Plaintiff's injury, and the anticipated time it will take him to recover to the point where he can write, the Court may consider directing Plaintiff to dictate his response to someone who can transcribe it for him. That would enable the

Court to resolve the legal issues that remain pending and determine whether this case needs to be set for trial.

**IT IS THEREFORE ORDERED** that Plaintiff file an advisory as to his medical status on or before **March 10, 2021**.

SIGNED this 1st day of March, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE