IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LLOYD WHITE, | § | |
| *Plaintiff,* | § | SA-19-CV-00530-ESC |
| vs. | § | |
| STERLING FOODS, MRS. TERESA LNU, ADMINISTRATOR; JAVIER PATTON, DR. NICK LNU, HR DIRECTOR; JUANITA GARZA, IRMA GARZA, | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the above-styled cause of action, in which there is a pending motion for summary judgment by Defendants [#104]. On February 1, 2021, the Court ordered that this case be abated due to Plaintiff's fracture of his writing hand and inability to file a response to Defendants' motion by the Court's deadline to do so. On March 11, 2021, Plaintiff filed a sealed *ex parte* Advisory with the Court on his medical status [#123]. This filing informs the Court that Plaintiff has returned to work and demonstrates that Plaintiff has the ability to draft documents for the Court's consideration. Plaintiff also indicates there was a recent death in his family. In light of the foregoing, the Court will lift the stay and rule on the motion for summary judgment but provide Plaintiff with additional time to file a response. If Plaintiff wishes to file a response to Defendants' motion, he must do so on or before March 31, 2021.

**IT IS THEREFORE ORDERED** that the **STAY** of this case is lifted.

**IT IS FURTHER ORDERED** that Plaintiff file any response to the motion for summary judgment on or before **March 31, 2021**.

1

**IT IS SO ORDERED.**

SIGNED this 15th day of March, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE